No. 46. EDMUND PENFOLD ET AL., EXECUTORS, ETC., ET AL. *v.* EUGENE M. TRAVIS, AS COMPTROLLER OF THE STATE OF NEW YORK. Error to the Surrogate's Court, New York County, State of New York. Argued November 15, 1918. Decided November 18, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596; *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Municipal Securities Corporation* v. *Kansas City,* 246 U. S. 63, 69; *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300. (2) *Farrell* v. *O'Brien,* 199 U. S. 89; *Empire State-Idaho Mining Co.* v. *Hanley,* 205 U. S. 225; *Goodrich* v. *Ferris,* 214 U. S. 71; *Brolan* v. *United States,* 236 U. S. 216. *Mr. William Mitchell* for plaintiffs in error. *Mr. John B. Gleason* for defendant in error.

No. 246. CINCINNATI TRACTION COMPANY ET AL. *v.* CITY OF CINCINNATI. Error to the Supreme Court of the State of Ohio. Motion to dismiss or affirm submitted November 11, 1918. Decided November 18, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596; *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Municipal Securities Corporation* v. *Kansas City,* 246 U. S. 63, 69; *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300. *Mr. Joseph Wilby, Mr. Alfred C. Cassatt* and *Mr. Ellis G. Kinkead* for plaintiffs in error. *Mr. Saul Zielonka, Mr. Charles A. Groom, Mr. William Jerome Kuertz* and *Mr. Charles E. Weber* for defendant in error.